| JOHN AND PATRIZIA CHARPING, | ) | |
| --- | --- | --- |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| SCOTT LOWERY LAW OFFICE, P.C. AND CACH, LLC, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

The parties, through respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41.

Respectfully submitted, this the 22nd day of February, 2008.

/s/ John S. Hughes
John S. Hughes
NC Bar #22126
WALLACE & GRAHAM, P.A.
525 N. Main Street
Salisbury, North Carolina 28144
(704) 633-5244
Counsel for Plaintiff

/s/Caren D. Enloe
Caren D. Enloe
Smith Debnam Narron Drake
Saintsing & Myers, LLP
Post Office Box 26268
Raleigh, NC 27611
Counsel for Defendant

1